# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| Colorado Outfitters Association, et al. Appellants-Petitioners, v. John W. Hickenlooper, Governor of the State of Colorado Appellee-Respondent. | Case No. 14-1290 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for

**John W. Hickenlooper, Governor of the State of Colorado**
_____
**Appellee-Respondent**

in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)** On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[×]  There are no such parties, or any such parties have heretofore been disclosed to the court.

**Daniel D. Domenico, Solicitor General, State of Colorado**
**Matthew Grove, Assistant Attorney General, State of Colorado**
**Kathleen L. Spalding, Sr. Assistant Attorney General, State of Colorado**
**Stephanie Scoville, Sr. Assistant Attorney General, State of Colorado**
**LeeAnn Morrill, First Assistant Attorney General, State of Colorado**

_____
Name of Counsel


*s/ Daniel D. Domenico*
*s/ Matthew Grove*
*s/ Kathleen L. Spalding*
*s/ Stephanie Scoville*
*s/ LeeAnn Morrill*

_____
Signature of Counsel


**A-5** Entry of Appearance Form 10/09

Colorado Department of Law
Office of the Colorado Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6600

E-Mail Addresses of counsel:

dan.domenico@state.co.us
matt.grove@state.co.us
kit.spalding@state.co.us
stephanie.scoville@state.co.us
leeann.morrill@state.co.us


I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

July 31, 2014 via the Tenth Circuit ECF System to:


| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas L. Abbott | dabbott@hollandhart.com |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| Marc F. Colin | mcolin@brunolawyers.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| David Frankel | david.frankel@mesacounty.us |


*s/ Mary A. Brown*
_____

Mary A. Brown
Paralegal to Kathleen L. Spalding




**A-5**  Entry of Appearance Form 10/09

**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

| | |
|---|---|
| Colorado Outfitters Association, et al. Appellants-Petitioners, v. John W. Hickenlooper, Governor of the State of Colorado Appellee-Respondent. | Case No. 14-1290 |

**Certificate of Interested Parties**

---

  The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

None.

.

**A-5** Entry of Appearance Form 10/09