# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

Colorado Outfitters Association, *et al.*
v.
Hickenlooper

Case No. 14-1290

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for Colorado Outfitters Association, Colorado Youth Outdoors, Colorado Farm Bureau, Outdoor Buddies, Inc., Women for Concealed Carry, Dylan Harrell, and David Bayne, Appellants the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

X There are no such parties, or any such parties have heretofore been disclosed to the court.

Peter J. Krumholz
Name of Counsel

s/Peter J. Krumholz
Signature of Counsel

1600 Stout St., Suite 500
720-904-6010
pkrumholz@halewestfall.com

Richard A. Westfall
Name of Counsel

s/Richard A. Westfall
Signature of Counsel

1600 Stout St., Suite 500
720-904-6010
rwestfall@halewestfall.com

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

August 12, 2014 via CM/ECF.

to (see attached)
(*See* Fed. R. App. P. 25(b))

s/Bethany Lillis
(Signature)

**A-5** Entry of Appearance Form 10/09

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| David B. Kopel | david@i2i.org |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |