# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| COLORADO OUTFITTERS, ET AL<br><br>         Plaintiffs- Appellant<br>v.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado<br><br>         Defendant-Appellee | Case No.14-1290<br><br>(D.C. No. 13-CV-01300-MSK-MJW) |

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for USA LIBERTY ARMS; ROCKY MOUNTAIN SHOOTERS SUPPLY; 2ND AMENDMENT GUNSMITH & SHOOTER SUPPLY, LLC; BURRUD ARMS INC. D/B/A JENSEN ARMS; GREEN MOUNTAIN GUNS; JERRY'S OUTDOOR SPORTS; SPECIALTY SPORTS & SUPPLY; GOODS FOR THE WOODS, Appellant, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

☐    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

X    There are no such parties, or any such parties have heretofore been disclosed to the court.

*s/ Marc F. Colin*
**BRUNO, COLIN & LOWE, P.C.**
1999 Broadway, Suite 3100
Denver, CO 80202
Telephone:  (303) 831-1099
E-Mail Address: mcolin@brunolawyers.com

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on 8/12/2014 via the court's CM/ECF system, to all counsel of record.

*s/ Lori D. Micucci*
Paralegal- Bruno, Colin & Lowe, P.C.

**A-5**  Entry of Appearance Form 10/09

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

v.

Case No.

**Certificate of Interested Parties**

  The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

**A-5** Entry of Appearance Form 10/09