UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| COLORADO OUTFITTERS, ET AL<br><br>　　　　Plaintiffs-Appellant<br>v.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado<br><br>　　　　Defendant-Appellee | Case No. 14-1290 |

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

　　　In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for Magpul Industries and National Shooting Sports Foundation, Appellants in the subject case.

　　　Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

☐　On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

X　There are no such parties, or any such parties have heretofore been disclosed to the court.

Douglas L. Abbott
Name of Counsel

s/Douglas L. Abbott
Signature of Counsel

Marcy G. Glenn
Name of Counsel

s/Marcy G. Glenn
Signature of Counsel

Jonathan M. Anderson
Name of Counsel

s/Jonathan M. Anderson
Signature of Counsel

555 17th St., Suite 3200
303-295-8000
dabbott@hollandhart.com

555 17th St., Suite 3200
303-295-8000
jmanderson@halewestfall.com

**A-5**  Entry of Appearance Form 10/09

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on August 12, 2014 via CM/ECF.

to (see attached)                                     s/Judi Marsh
(*See* Fed. R. App. P. 25(b))                         (Signature)

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| David B. Kopel | david@i2i.org |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

7047864_1

**A-5**  Entry of Appearance Form 10/09