# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

Colorado Outfitters Association, *et al.*
v.
Hickenlooper

Case No. 14-1290

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Colorado State Shooting Association and Hamilton Family Enterprises, DBA Family Shooting Center at Cherry Creek State Park, Appellants, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)** On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

X     There are no such parties, or any such parties have heretofore been disclosed to the court.

Anthony J. Fabian_____
Name of Counsel

/s/ Anthony J. Fabian_____
Signature of Counsel

510 Wilcox St., Suite C
Castle Rock, CO 80104
(303) 663-9339
fabianlaw@qwestoffice.net


I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

August 12, 2014 via CM/ECF.

to (see attached)                                              /s/Anthony J. Fabian_____
(*See* Fed. R. App. P. 25(b))                              (Signature)




**A-5**  Entry of Appearance Form 10/09

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

Colorado Outfitters Association, *et al.*
v.
Hickenlooper

Case No. 14-1290

**Certificate of Interested Parties**

---

      The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

      (Attach additional pages if necessary.)