# No. 14-1290

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

COLORADO OUTFITTERS, ET AL.,

    Plaintiffs-Appellant,

vs.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant-Appellee.

## NOTICE OF WITHDRAWAL OF COUNSEL

Marcy G. Glenn hereby notifies the Court of her withdrawal from this case as counsel of record for Magpul Industries and National Shooting Sports Foundation, Appellants in this matter, and requests that her name be removed from all future pleadings and from electronic notification and service lists. Douglas L. Abbott and Jonathan M. Anderson of Holland & Hart LLP will continue to represent Magpul Industries and National Shooting Sports Foundation.

Dated: August 20, 2014.

/s/ Marcy G. Glenn
Marcy G. Glenn
Douglas L. Abbott
Jonathan M. Anderson
HOLLAND & HART, LLP
P.O. Box 8749
Denver, CO 80201
Telephone: (303) 295-8000
mglenn@hollandhart.com
dabbott@hollandhart.com
jmanderson@hollandhart.com

CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2014, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was served through the Court's CM/ECF system on the following:

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| David B. Kopel | david@i2i.org |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

/s/ Marcy G. Glenn

**CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTIONS**

All required privacy redactions have been made to this document, and with the exception of those redactions, every document submitted in digital form is an exact copy of the written document filed with the clerk. Said document has been scanned for viruses with System Center 2012 Endpoint Protection Version 2.2.903.0, which runs real time virus scans and is updated every six hours, and according to those programs is free of viruses.

/s/ Marcy G. Glenn

7063795_1