FILED
United States Court of Appeals
Tenth Circuit

August 21, 2014

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

COLORADO OUTFITTERS ASSOCIATION, et al.,

    Plaintiffs - Appellants,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant - Appellee.

No. 14-1290

_____

## ORDER
_____

This matter is before the court on attorney Marcy G. Glenn's "Notice of Withdrawal of Counsel," which the court construes to be a motion to withdraw as counsel for Magpul Industries and National Shooting Sports Foundation. As construed the motion is granted. Attorneys Douglas L. Abbott and Jonathan M. Anderson have entered an appearance and shall continue to represent Magpul Industries and National Shooting Sports Foundation in this appeal.

                Entered for the Court

                ELISABETH A. SHUMAKER, Clerk