UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, <br><br>　Plaintiffs-Appellants, <br><br> vs. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br>　Defendant-Appellee, | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, *et al.*, <br><br>　Plaintiffs-Appellants, <br><br> vs. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br>　Defendant-Appellee. | No. 14-1292 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE OPENING BRIEFS**

Plaintiffs-Appellants in the above-captioned appeals hereby move this Court for an extension of time in which to file their respective Opening Briefs. In support, they state as follows:

1. Pursuant to this Court's Order of September 26, 2014, the Opening Briefs for Plaintiffs-Appellants in these consolidated appeals are due on or before November 17, 2014.

2. Lead appellate counsel in No. 14-1290 represents the Colorado Republican Party and the Beauprez for Colorado campaign. The demands of this election season have made it difficult for counsel to devote the time and resources needed to draft the Opening Brief, particularly in light of the need to coordinate the drafting among several groups of plaintiffs, each of whom are represented by different counsel.

3. In addition, counsel for the Plaintiffs in No. 14-1292 is a law professor whose fall schedule (which has included out-of-town trips for speaking engagements in Los Angeles, Washington, D.C., and Virginia Beach, Va., among others) has been very demanding.

4. In light of the foregoing, the Plaintiffs-Appellants in these consolidated appeals respectfully request a 30-day extension of time, to and including December 17, 2014, in which to file their respective Opening Briefs.

5. Pursuant to 10th Cir. Ru. 27.3, undersigned counsel has conferred with counsel for Defendant-Appellee concerning this motion. Defendant-Appellee does not oppose the relief sought.

6. Undersigned counsel has not previously sought any extension of time in this case.

Respectfully submitted this 10th day of November, 2014.

HALE WESTFALL, LLP


s/Peter J. Krumholz
Peter J. Krumholz
1445 Market Street, Suite 300
Denver, Colorado 80202
Tel: 720-904-6010
Fax: 720-904-6020
pkrumholz@halewestfall.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPENING BRIEFS** was served via ECF on the following:

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| David B. Kopel | david@i2i.org |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

s/Ingrid Hall  
Ingrid Hall