**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 13, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
─────────────────────────────────────

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., <br><br>    Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br>    Defendant - Appellee. <br><br> ------------------------------------ <br><br> CONGRESS OF RACIAL EQUALITY, et al., <br><br>    Amici Curiae. | No. 14-1290 |

─────────────────────────────────────

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al., <br><br>    Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Govenor of the State of Colorado, <br><br>    Defendant - Appellee. <br><br> ------------------------------------ <br><br> CONGRESS OF RACIAL EQUALITY, et al., <br><br>    Amici Curiae. | No. 14-1292 |

_____

**ORDER**
_____

These matters are before the court on appellee's motion for extension of time to file the appellee's brief in this appeal. The motion is granted. The brief shall be served and filed on or before March 23, 2015. No further extensions will be granted on the Clerk's authority.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk