# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS, et al., | |
| Plaintiff, | |
| v. | |
| JOHN W. HICKENLOOPER, GOVERNOR OF THE STATE OF COLORADO, | No. 14-1290 |
| Defendants, | (D.C. No. 13–cv–01300–MSK–MJW) |
| and | |
| THE STATES OF UTAH, IDAHO, MONTANA, SOUTH CAROLINA AND WYOMING, | |
| Amici Curiae. | |

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

In accordance with 10th Cir. R. 46.1, undersigned counsel hereby appears for Amici Curiae States of Utah, Idaho, Montana, South Carolina and Wyoming.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:

**(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✓ There are no such parties, or any such parties have heretofore been disclosed to the court.

PARKER DOUGLAS
Name of Counsel

  /s/Parker Douglas
Signature of Counsel

Utah State Capitol Complex
350 North State Street, Suite 230
Salt Lake City, Utah 84114-2320
Ph: 801.538.9600
Mailing Address and Telephone Number

pdouglas@utah.gov
E-Mail Address

A-5  Entry of Appearance Form 10/09

# CERTIFICATE OF SERVICE

I hereby certify that a copy of this **Entry of Appearance and Certificate of Interested** Parties was served on ___February 19, 2015___ via CM/ECF system which will send notification of such filing to:

Mr. Douglas Abbott: dabbott@hollandhart.com, jmarsh@hollandhart.com, mmorrow@hollandhart.com, intaketeam@hollandhart.com
Mr. Jonathan Michael Anderson: jmanderson@hollandhart.com
Ms. Anna M. Barvir: abarvir@michellawyers.com, lquesada@michellawyers.com, hvillegas@michellawyers.com, cayala@michellawyers.com
Mr. Marc F. Colin: mcolin@brunolawyers.com, mbrock@brunolawyers.com, lmicucci@brunolawyers.com
Mr. Charles J. Cooper: ccooper@cooperkirk.com
Mr. Daniel D. Domenico: Dan.Domenico@state.co.us
Mr. Parker Douglas: pdouglas@utah.gov, parkerdouglas66@gmail.com, clesmes@utah.gov, szeller@utah.gov, saexeter@utah.gov
Mr. Anthony Fabian: fabianlaw@qwestoffice.net
Mr. Jonathan Patrick Fero: jon.fero@state.co.us
Mr. Matthew D. Grove: matt.grove@state.co.us
Mr. Brian S. Koukoutchos: bkoukoutchos@gmail.com
Mr. Peter Krumholz: pkrumholz@halewestfall.com, cmcnicholas@halewestfall.com, blillis@halewestfall.com
Mr. John T. Lee: jtlee@state.co.us
Peter Kenneth Michael: peter.michael@wyo.gov
Mr. Carl D. Michel: cmichel@michellawyers.com, cayala@michellawyers.com, hvillegas@michellawyers.com, lquesada@michellawyers.com
Ms. Molly Allen Moats: molly.moats@state.co.us
Mr. Clinton B. Monfort: cmonfort@michellawyers.com, cayala@michellawyers.com, hvillegas@michellawyers.com, lquesada@michellawyers.com
Ms. LeeAnn Morrill: leeann.morrill@state.co.us
Mr. Dan M Peterson: dan@danpetersonlaw.com
Ms. Stephanie Lindquist Scoville: stephanie.scoville@state.co.us, sally.ott@state.co.us
Ms. Kathleen Spalding: kit.spalding@state.co.us
Mr. Richard A. Westfall: rwestfall@halewestfall.com, cmcnicholas@halewestfall.com, blillis@halewestfall.com

                                                                     ___/s/Parker Douglas___