UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, <br><br>   Plaintiffs-Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br>   Defendant-Appellee, | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, *et al.*, <br><br>   Plaintiffs-Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br>   Defendant-Appellee. | No. 14-1292 |

**SECOND UNOPPOSED MOTION FOR EXTENSION OF
TIME IN WHICH TO FILE RESPONSE BRIEF**

Defendant–Appellee John W. Hickenlooper, in his official capacity as Governor of the State of Colorado, hereby moves this Court for a second extension of time in which to file his response brief. As grounds for this motion, the Governor states as follows.

1. Pursuant to this Court's order of February 13, 2015, the Governor's response brief is currently due on March 23, 2015.

2. The Governor has requested one previous extension of time of thirty days in this appeal.

3. Pursuant to 10th Cir. Rule 27.3, undersigned counsel has conferred with counsel for both sets of Plaintiffs-Appellants, both of whom indicated that their clients have no objection to the relief requested herein.

4. Based upon the substantial complexity of this case, an adequate brief cannot reasonably be prepared by the due date. Plaintiffs have not only raised constitutional questions of first impression in this Circuit, but a total of seven briefs – totaling 60,050 words – have also been filed in support of Plaintiffs-Appellants' position.

5. In addition, the undersigned has been busily engaged in other matters that present a scheduling conflict, including drafting the opening

brief in this Court in *Coalition for Secular Government v. Williams*, 14-1469, which was filed on February 23, 2015.

6.    For these reasons, Defendant-Appellant respectfully requests an extension of time of thirty days, to April 22, 2015, to file his response brief.

Respectfully submitted this 16th day of March, 2015.

CYNTHIA H. COFFMAN
Attorney General

s/ *Matthew D. Grove*
MATTHEW D. GROVE *
Assistant Solicitor General
KATHLEEN SPALDING*
Senior Assistant Attorney General
STEPHANIE LINDQUIST SCOVILLE*
Senior Assistant Attorney General
LEEANN MORRILL*
First Assistant Attorney General

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2015 a true and correct copy of the foregoing **SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSE BRIEF** was served via ECF on the following:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| | |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas L. Abbott | dabbot@hollandhart.com |
| | |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| | |
| Marc F. Colin | mcolin@brunolawyers.com |
| Jonathan Watson | jwatson@brunolawyers.com |
| | |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

*s/Matthew D. Grove*

CERTIFICATE OF COMPLIANCE AND DIGITAL SUBMISSION

No privacy redactions were necessary. Any additional hard copies required to be submitted are exact duplicates of this digital submission.

The digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, System Center Endpoint Protection, Antivirus definition 1.193.2735.0, Engine Version 1.1.11400.0, dated March 16, 2015, and according to the program is free of viruses.

s/ *Matthew D. Grove*

Dated: March 16, 2015