UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant-Appellee, | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant-Appellee. | No. 14-1292 |

**MOTION FOR LEAVE TO FILE OVERSIZED ANSWER BRIEF**

Defendant-Appellee John Hickenlooper, in his official capacity as Governor of the State of Colorado, by and through undersigned counsel, respectfully moves for an enlargement of the permissible word count, to 28,000 words, for his answer brief, which is due April 22, 2015. As grounds for this motion, Defendant-Appellee states as follows.

1. This case involves two consolidated appeals arising from *Colorado Outfitters Assn. v. Hickenlooper*, Case No. 13-cv-01300-MSK-MJW (D. Colo). *Colorado Outfitters* involved several different challenges to the State of Colorado's adoption, in 2013, of statutes governing firearm magazine capacity and firearm transfers.

2. The case was tried to the bench in 2014, and the district court issued a lengthy written opinion affirming the constitutionality of the challenged laws.

3. Prior to trial, the district court dismissed a number of Plaintiffs for lack of Article III standing. Those Plaintiffs filed a separate notice of appeal in Case No. 14-1292, which was subsequently consolidated with this case (14-1290). The two sets of Plaintiffs filed separate opening briefs. The opening briefs overlap very little, and contain a total of 27,852 words.

4.     On January 22, 2015, this Court accepted Plaintiffs' opening briefs, and ordered the Governor to file a "single consolidated brief" in response.

5.     Between them, Plaintiffs' opening briefs raise at least twelve separate issues to be considered by this Court. Several of these issues are constitutional questions of first impression in this Circuit or nationwide.

6.     Moreover, several of the Plaintiffs' merits arguments have been delegated substantially to *amici*, five of whom filed briefs in support of the Plaintiffs. For example, the Nonprofit Organizations' brief devotes less than 4 pages to two claims of evidentiary error. *Nonprofit Br.* at 60-63. Utah's 25-page *amicus* brief focuses exclusively on those issues. Likewise, the Sheriffs' brief notes that "[d]efensive issues are elaborated in the Western State Sheriffs' Association amicus brief." *Sheriffs' Br.* at 26 n.9.

7.     The complexity of the constitutional questions in this case, the length of the record, the number of issues presented on appeal, and the amount of briefing by the Plaintiffs and their *amici* establish the

extraordinary and compelling circumstances for this motion required by 10th Cir. Local Rule 28.3.

8. Undersigned counsel conferred with Peter Krumholz, counsel for the Nonprofits, concerning this motion. Mr. Krumholz indicated that he has no objection to the relief requested herein.

WHEREFORE, Defendant-Appellee respectfully requests that this Court issue an order setting a limit of 28,000 words for his answer brief.

Respectfully submitted this 7th day of April, 2015.

CYNTHIA H. COFFMAN
Attorney General

s/ *Matthew D. Grove*
MATTHEW D. GROVE *
Assistant Solicitor General
KATHLEEN SPALDING*
Senior Assistant Attorney General
STEPHANIE LINDQUIST
  SCOVILLE*
Senior Assistant Attorney General
LEEANN MORRILL*
First Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2015 a true and correct copy of the foregoing **MOTION TO ENLARGE WORD LIMIT FOR DEFENDANT-APPELLEE'S ANSWER BRIEF** was served via ECF on the following:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| | |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas L. Abbott | dabbot@hollandhart.com |
| | |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| | |
| Marc F. Colin | mcolin@brunolawyers.com |
| Jonathan Watson | jwatson@brunolawyers.com |
| | |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

                                            *s/Matthew D. Grove*

## CERTIFICATE OF COMPLIANCE AND DIGITAL SUBMISSION

No privacy redactions were necessary. Any additional hard copies required to be submitted are exact duplicates of this digital submission. The digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, System Center Endpoint Protection, Antivirus definition 1.195.2148.0, Engine Version 1.1.11502.0, dated April 7, 2015, and according to the program is free of viruses.

s/ *Matthew D. Grove*

Dated: April 7, 2015