FILED
United States Court of Appeals
Tenth Circuit

April 8, 2015

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1290 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------ | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1292 |
| JOHN W. HICKENLOOPER, Govenor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------ | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

**ORDER**
_____

This matter is before the court on the appellee's Motion for Leave to File Oversized Answer Brief (the "Motion"). The appellee asks for 28,000 words in a consolidated response brief – double the number of words provided in the appellate rules – citing the lengthy opening briefs filed by the two sets of appellants and multiple amicus curiae briefs to which he must respond. The Motion is unopposed by the appellants in No. 14-1290, but no statement was included about consent of the appellants in No. 14-1292.

Upon consideration, the Motion is granted. The appellee may file a consolidated answer brief containing no more than 28,000 words. If efficiencies can be found in drafting the answer brief, however, we ask the appellee to employ these efficiencies and approach the 28,000-word limit with care and caution.

The consolidated answer brief remains due April 22, 2015.

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    by: Lara Smith
        Counsel to the Clerk