UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant-Appellee, | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant-Appellee. | No. 14-1292 |

**MOTION FOR WITHDRAWAL OF DANIEL D. DOMENICO,
CO-COUNSEL ON BEHALF OF DEFENDANT-APPELLEE**

Undersigned counsel for Defendant-Appellee, moves this Court, pursuant to 10th Cir. R.46.1, for an Order allowing co-counsel Daniel D. Domenico to withdraw from further representation of John W. Hickenlooper, Defendant-Appellee Governor of Colorado in this matter. As grounds therefore, undersigned counsel states as follows:

1. Daniel Domenico completed his tenure as Solicitor General at the Office of the Colorado Attorney on or about March 31, 2015.

2. Mr. Domenico's withdrawal from this matter will not adversely affect the interests of any party because co-counsel have previously entered their appearances on behalf of the Defendant-Appellee and are providing continuous representation of the Defendant-Appellee Governor without interruption.

WHEREFORE, undersigned counsel moves this court for an order allowing the withdrawal of Daniel D. Domenico as co-counsel for Defendant-Appellee Governor of Colorado.

Respectfully submitted this 16th day of April, 2015.

CYNTHIA H. COFFMAN
Attorney General

*s/ Kathleen Spalding*

_____

**Kathleen Spalding***
Senior Assistant Attorney General
**David C. Blake***
Chief Deputy Attorney General
**Matthew D. Grove***
Assistant Attorney General
**Stephanie Lindquist Scoville***
Senior Assistant Attorney General
**LeeAnn Morrill***
First Assistant Attorney General

Attorneys for Governor John W. Hickenlooper
1300 Broadway, 10th floor
Denver, Colorado 80203
Telephone: 720-508-6000

*Counsel of Record


*Attorneys for Defendant-Appellee John Hickenlooper, Governor of the State of Colorado*

# CERTIFICATE OF DIGITAL SUBMISSION AND PRIVACY REDACTIONS

I hereby certify that a copy of the foregoing **Motion for Withdrawal of Daniel D. Domenico, Co-Counsel on behalf of Defendant-Appellee**, as submitted in Digital Form via the court's ECF system, is an exact copy of the written document filed with the Clerk and has been scanned for viruses with the System Center Endpoint Protection, Version 1.195.3456.0, and, according to the program, is free of viruses. In addition, I certify all required privacy redactions have been made.

*s/ Kathleen Spalding*

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2015, I served a true and complete copy of the foregoing **Motion for Withdrawal of Daniel D. Domenico, Co-Counsel on Behalf of Defendant-Appellee,** upon all counsel of record listed below via the CM/ECF system for the Tenth Circuit Court of Appeals to the following counsel of record:

| | |
|---|---|
| David B. Kopel | david@i2i.org |
| Jonathan M. Anderson | jmanderson@hollandhart.com |
| Douglas L. Abbott | dabbott@hollandhart.com |
| Richard A. Westfall | rwestfall@halewestfall.com |
| Peter J. Krumholz | pkrumholz@halewestfall.com |
| Marc F. Colin | mcolin@brunolawyers.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| David Frankel | david.frankel@mesacounty.us |

                                           *s/ Mary A. Brown*