**FILED**
United States Court of Appeals
Tenth Circuit

**April 16, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant - Appellee. <br><br> ------------------------------------ <br><br> CONGRESS OF RACIAL EQUALITY, et al., <br><br> Amici Curiae. | No. 14-1290 |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Govenor of the State of Colorado, <br><br> Defendant - Appellee. <br><br> ------------------------------------ <br><br> CONGRESS OF RACIAL EQUALITY, et al., | No. 14-1292 |

Amici Curiae.

_____

**ORDER**

_____

This matter is before the court on Daniel D. Domenico's motion to withdraw as counsel on behalf of appellee. The motion is granted. Daniel D. Domenico shall be removed as counsel of record in the above referenced appeals.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk