UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> vs. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant-Appellee, | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> vs. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant-Appellee. | No. 14-1292 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE REPLY BRIEFS**

Plaintiffs-Appellants in the above-captioned appeals hereby move this Court for a 14-day extension of time, to and including May 26, 2015,[1] in which to file their respective Reply Briefs. In support, they state as follows:

1. Pursuant to this Court's Minute Order of April 23, 2015, the optional Reply Briefs for Plaintiffs-Appellants are due on or before May 11, 2015.

2. Defendants-Appellees' consolidated Answer Brief is essentially two briefs in one. Although counsel for Defendants-Appellees did an admirable job of staying well within the 28,000-word limit, it is still unavoidably long: the text spans 124 pages, the Argument section includes nine main headings and dozens of subheadings, and the Table of Contents alone covers four single-spaced pages.

3. In Case No. 14-1290, there are four sets of attorneys representing four distinct groups of Plaintiffs-Appellants. Therefore, the process of drafting the Reply Brief for Case No. 14-1290 requires significant coordination among several attorneys.

4. In addition, as with the Opening Briefs, counsel in these two consolidated appeals will coordinate closely to avoid duplicative arguments in their respective Reply Briefs.

---

[1] Because the fourteenth day falls on Memorial Day, the actual new due date would be May 26, fifteen days from May 11.

5. Given the complexity and breadth of the issues, this coordination effort requires additional time beyond the current deadline. Accordingly, the Plaintiffs-Appellants in these consolidated appeals respectfully request a 14-day extension of time, to and including May 26, 2015, in which to file their respective Reply Briefs.

6. Pursuant to 10th Cir. R. 27.3, undersigned counsel has conferred with counsel for Defendant-Appellee concerning this motion. Defendant-Appellee does not oppose the relief sought.

7. Plaintiffs-Appellants have previously sought two 30-day extensions of time in which to file their respective Opening Briefs.

Respectfully submitted this 24th day of April, 2015.

                                        HALE WESTFALL, LLP

                                        s/Peter J. Krumholz
                                        Peter J. Krumholz
                                        1600 Stout St., Suite 500
                                        Denver, Colorado 80202
                                        Tel:   720-904-6010
                                        Fax:   720-904-6020
                                        pkrumholz@halewestfall.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2015, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEFS** was served via ECF on the following:

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| John T. Lee | jtlee@state.co.us |
| Molly Allen Moats | molly.moats@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| David B. Kopel | david@i2i.org |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

            s/Bethany Lillis
            Bethany Lillis