FILED
United States Court of Appeals
Tenth Circuit

April 24, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

―――――――――――――――――――――

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant - Appellee. <br><br> ------------------------------------- <br><br> CONGRESS OF RACIAL EQUALITY, et al., <br><br>   Amici Curiae. | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Govenor of the State of Colorado, <br><br> Defendant - Appellee. <br> ------------------------------------- <br><br> CONGRESS OF RACIAL EQUALITY, et al., <br><br>   Amici Curiae. | No. 14-1292 |

_____

**ORDER**
_____

This matter is before the court on the Unopposed Motion for Extension of Time in Which to File Reply Briefs. The motion is granted. Appellants' reply briefs shall be served and filed on or before May 26, 2015. No further extensions will be granted on the Clerk's authority.

                                            Entered for the Court

                                            ELISABETH A. SHUMAKER, Clerk