# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al.,<br>        Plaintiffs-Appellants,<br>v.<br>JOHN W. HICKENLOOPER,<br>        Defendant-Appellee | Case No. 14-1290 |
| JIM BEICKER, SHERIFF OF FREMONT COUNTY, et al.,<br>        Plaintiffs-Appellants,<br>v.<br>JOHN W. HICKENLOOPER,<br>        Defendant-Appellee | Case No. 14-1292 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

    In accordance with 10th Cir. R. 46.1, the undersigned attorneys hereby appear as counsel for *Law Center to Prevent Gun Violence* in support of Defendant/Appellee in the subject case(s).

    Further, in accordance with 10th Cir. R. 46.1, the undersigned certify as follows: **(Check one.)**

☐   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒   There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Mark T. Ciani | Jonathan K. Baum |
| *Name of Counsel* | *Name of Counsel* |
| | |
| /s/ Mark T. Ciani | /s/ Jonathan K. Baum |
| *Signature of Counsel* | *Signature of Counsel* |
| | |
| 575 Madison Avenue | 525 West Monroe Street |
| New York, New York 10022-2585 | Chicago, Illinois 60661-3693 |
| (212) 940-8800 | (312) 902-5200 |
| *Mailing Address and Telephone Number* | *Mailing Address and Telephone Number* |
| | |
| mark.ciani@kattenlaw.com | jonathan.baum@kattenlaw.com |
| *E-Mail Address* | *E-Mail Address* |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on April 29, 2015 via ECF to:

| | |
|---|---|
| Douglas Abbott | dabbott@hollandhart.com |
| Anna M. Barvir | abarvir@michellawyers.com |
| Marc F. Colin | mcolin@brunolawyers.com |
| Parker Douglas | pdouglas@utah.gov |
| Anthony Fabian | fablianlaw@qwestoffice.net |
| Matthew D. Grove | matt.grove@state.co.us |
| Brian S. Koukoutchos | bkoukoutchos@gmail.com |
| Peter Krumholz | pkrumholz@halewestfall.com |
| John T. Lee | jtlee@state.co.us |
| Peter Kenneth Michael | peter.michael@wyo.gov |
| Carl D. Michel | cmichel@michellawyers.com |
| Clinton B. Monfort | cmonfort@michellawyers.com |

| | |
|---|---|
| LeeAnn Morrill | leeann.morrill@state.co.us |
| Dan M. Peterson | dan@danpetersonlaw.com |
| Stephanie Scoville | Stephanie.scoville@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Richard A. Westfall | rwestfall@halewestfall.com |
| David Kopel | david@i2i.org |
| Parker Douglas | pdouglas@utah.gov |

And by e-mail to:

| | |
|---|---|
| Jonathan Michael Anderson | jmanderson@hollandhart.com |
| Jonathan Patrick Fero | jon.fero@state.co.us |
| Molly Allen Moats | molly.moats@state.co.us |
| Charles J. Cooper | ccooper@cooperkirk.com |

    I also hereby certify that a true and correct copy of the foregoing Notice of Appearance was served FedEx Next Business Day Delivery on the following:

| | |
|---|---|
| Tim Fox<br>Office of the Attorney General for the<br>State of Montana<br>215 North Sanders<br>Helena, MT 59620-1401<br>(406) 444-2026 | Sean D. Reyes<br>Office of the Attorney General for the<br>State of Utah<br>160 East 300 South, 6th Floor<br>Salt Lake City, UT 84114<br>(801) 366-0260 |

| | |
|---|---|
| Lawrence G. Wasden<br>Office of the Attorney General for the<br>State of Idaho<br>700 West Jefferson Street, Suite 210<br>Boise, ID 83720-0010<br>(208) 334-2400 | Alan Wilson<br>Office of the Attorney General for the<br>State of South Carolina<br>1000 Assembly Street, Room 519<br>Columbia SC 29211<br>(803) 734-3970 |
| (*See* Fed. R. App. P. 25(b).) | /s/ Jonathan K. Baum |
| | /s/ Mark T. Ciani |