# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, <br> Plaintiffs-Appellants <br> v. <br> JOHN W. HICKENLOOPER, <br> Defendant-Appellee <br><br> JIM BEICKER, *et al.*, <br> Plaintiffs-Appellants, <br> v. <br> JOHN HICKENLOOPER, <br> Defendant-Appellee | Case Nos. 14-1290, 14-1292 |

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

_____Amicus Curiae Brady Center to Prevent Gun Violence_____
Party or Parties

_____Amicus Curiae_____, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

☐  On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☑  There are no such parties, or any such parties have heretofore been disclosed to the court.

Edward T. Ramey_____     _____
Name of Counsel                                                              Name of Counsel

 s/Edward T. Ramey_____     _____
Signature of Counsel                                                         Signature of Counsel

**A-5**  Entry of Appearance Form 10/09

Tierney Paul Lawrence LLP
2401 15th Street, Suite 300
Denver, CO  80202
(303) 376-3712

_____   _____
Mailing Address and Telephone Number    Mailing Address and Telephone Number

 eramey@tplfirm.com_____   _____
E-Mail Address                          E-Mail Address


I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on April 29, 2015, via CM/ECF:

to  all counsel of record_____       s/Edward T. Ramey_____
(*See* Fed. R. App. P. 25(b))                      (Signature)

**A-5**  Entry of Appearance Form 10/09

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, Plaintiffs-Appellants<br>v.<br>JOHN W. HICKENLOOPER, Defendant-Appellee<br><br>JIM BEICKER, *et al.*, Plaintiffs-Appellants,<br>v.<br>JOHN HICKENLOOPER, Defendant-Appellee | Case Nos. 14-1290, 14-1292 |

**Certificate of Interested Parties**

---

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

NONE

**A-5** Entry of Appearance Form 10/09

## CERTIFICATE OF DIGITAL SUBMISSION

No privacy redactions were necessary. If required to file additional hard copies, the ECF submission in digital form is an exact copy of the document filed with the Clerk. In addition, the digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, TREND MICRO Worry Free Business Security Advanced, Version 6.0 SP3, engine Version 9.800.1009, Virus Pattern File 11.453.00, dated April 29, 2015, and according to the program is free of viruses.

*s/Edward T. Ramey*