**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

April 30, 2015

Chris Wolpert  
Chief Deputy Clerk

Mr. Edward Thain Ramey  
Heizer Paul  
2401 15th Street, Suite 300  
Denver, CO 80202

**RE:**     **14-1290, 14-1292, Colorado Outfitters, et al v. Hickenlooper**  
          Dist/Ag docket: 1:13-CV-01300-MSK-MJW

Dear Counsel:

Movant's, Brady Center to Prevent Gun Violence motion for leave to file amicus curiae brief received in this case is deficient in the following respect:

The motion does not contain a statement regarding opposing party's position on the relief requested or why their position was not included. *See* 10th Cir. R. 27.3 (C).

The court will not act upon the deficient motion. You have 10 days from the date of this letter to file a corrected motion or errata containing opposition. The corrected motion must include proof of service on all other parties to the appeal.

Please contact this office if you have questions.

                                      Sincerely,

                                      Elisabeth A. Shumaker  
                                      Clerk of the Court

cc:       Douglas Abbott  
         Jonathan Michael Anderson  
         Marc F. Colin  
         Anthony Fabian

Jonathan Patrick Fero
Matthew D. Grove
David Kopel
Peter Krumholz
John T. Lee
Molly Allen Moats
LeeAnn Morrill
Stephanie Lindquist Scoville
Kathleen Spalding
Richard A. Westfall


EAS/lg