# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| Colorado Outfitters Association, et al.,<br>v.<br>John W. Hickenlooper, Governor of the State of Colorado.<br><br>Jim Beicker, Sheriff of Fremont County, et al.,<br>v.<br>John W. Hickenlooper, Governor of the State of Colorado. | Case Nos. 14-1290, 14-1292 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney hereby appears as counsel for Amici Curiae States of New York, Connecticut, Hawaii, Illinois, Iowa, Maryland, Massachusetts, Oregon, and Washington, and the District of Columbia in Support of Appellee in the subject cases.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows:

On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

**X**     There are no such parties, or any such parties have heretofore been disclosed to the court.

Anisha S. Dasgupta
Name of Counsel

/s/ Anisha S. Dasgupta
Signature of Counsel

Office of the New York State Attorney General
120 Broadway, 25th Floor
New York, NY 10271
(212) 416-8020
anisha.dasgupta@ag.ny.gov

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on 4/30/15 via CM/ECF system on all attorneys of record in this case and in the related case of 14-1292.

/s/ Anisha S. Dasgupta

**A-5**  Entry of Appearance Form 10/09