Nos. 14-1290, 14-1292

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

COLORADO OUTFITTERS ASSOCIATION, *et al.*,
*Plaintiffs-Appellants*,
v.
JOHN W. HICKENLOOPER,
*Defendant-Appellee.*

JIM BEICKER, *et al.*,
*Plaintiffs-Appellants,*
v.
JOHN HICKENLOOPER,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Colorado

No. 13-cv-01300-MSK-MJW
Honorable Marcia S. Krieger

# CORRECTED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF BRADY CENTER TO PREVENT GUN VIOLENCE IN SUPPORT OF APPELLEE

| *Counsel for Amicus Curiae* | *in cooperation with* | *Of Counsel* |
|---|---|---|
|  | Robert P. Haney Jr. |  |
| Edward T. Ramey | Cléa P.M. Liquard | Jonathan E. Lowy |
| Tierney Paul Lawrence LLP | Alan C. Lau | Brady Center To Prevent |
| 2401 15th Street, Suite 300 | Covington & Burling LLP | Gun Violence |
| Denver, CO 80202 | The New York Times Building | Legal Action Project |
| (303) 595-4747 | 620 Eighth Avenue | 840 First Street, NE, Suite 400 |
| eramey@tplfirm.com | New York, NY 10018 | Washington, DC 20002 |
|  | (212) 841-1000 | (202) 898-0792 |
|  | rhaney@cov.com | jlowy@bradymail.org |
|  | cliquard@cov.com |  |
|  | alau@cov.com |  |

Pursuant to Fed. R. App. P. 29 and 10th Cir. R. 27.3, the proposed amicus curiae, Brady Center To Prevent Gun Violence, respectfully moves for leave to file an amicus curiae brief in support of Appellee. The proposed amicus brief, filed concurrently with this Motion is offered in support of the Appellee, and urges affirmance of the Order of the U.S. District Court for the District of Colorado.

I. **The Interests of the Amicus Curiae in This Case**

The Brady Center is the nation's largest non-partisan, non-profit organization dedicated to reducing gun violence through education, research, and legal advocacy. Through its Legal Action Project, the Brady Center works to ensure that gun laws are properly interpreted by filing amicus briefs in cases concerning gun-violence prevention and firearm laws. The Brady Center therefore has a substantial interest in ensuring that the Second Amendment is not interpreted in a manner that would jeopardize the public's interest in protecting families and communities from the effects of gun violence. Among other cases, the Brady Center has submitted amicus briefs in the U.S. Supreme Court's Second Amendment cases, *District of Columbia v. Heller* and *McDonald v City of Chicago*.

II. **The Amicus Curiae Brief is Desirable and Relevant to the Disposition of this Case**

On account of its long history of advocating for gun safety and background checks, the Brady Center has a unique perspective on the purpose and effectiveness of the challenged comprehensive background checks and high-capacity magazine

regulations. In its proposed brief, the Brady Center provides critical background on the history and function of background checks and high-capacity magazines, which will aid this Court in performing its constitutional analysis. As the brief explains in more detail, comprehensive background checks are part of a longstanding tradition of enforcing sensible firearm laws. And high-capacity magazines are not within the traditional definition of "arms" for Second Amendment purposes. Both regulations are amply supported by substantial evidence showing that each enhances public safety and reduces the devastating consequences of gun violence. Moreover, the challenged regulations do not prevent Colorado citizens from purchasing firearms to protect themselves or their families. This factual background and analysis is critical to the Second Amendment inquiry that the Court will undertake.

### III. Statement of Parties' Position

Pursuant to 10th Cir. R. 27.3(C), counsel for the Brady Center conferred with counsel for all parties on April 30, 2015, and requested their consent.

Appellees, through counsel, have consented to the filing of the Brady Center's amicus curiae brief. Appellants, through counsel, advised that their consent is conditioned upon amending the sentence found at lines 3-5 of page 26 of the Brady Center's brief, which characterizes the position of Appellants as stated in lines 15-17 of page 51 of Opening Brief of Sheriffs and David Strumillo. The

Brady Center has declined to make the amendment and therefore states that Appellants do not consent to the filing of the Brady Center's amicus curiae brief.

## IV. Conclusion

For the reasons stated herein, amicus, Brady Center, seeks leave to file an amicus curiae brief.

Respectfully Submitted,

Date: May 5, 2015

/s/     Cléa Liquard

COVINGTON & BURLING LLP
The New York Times Building
New York NY 10018
Tel.: (212) 841-1000
cliquard@cov.com
*Counsel for Amicus Curiae*
*Brady Center To Prevent Gun Violence*

# CERTIFICATE OF DIGITAL SUBMISSION

No privacy redactions were necessary. If required to file additional hard copies, the ECF submission in digital form is an exact copy of the document filed with the Clerk. In addition, the digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, TREND MICRO Worry Free Business Security Advanced, Version 6.0 SP3, engine Version 9.800.1009, Virus Pattern File 11.453.00, dated May 5, 2015, and according to the program is free of viruses.

*s/Edward T. Ramey*
Edward T. Ramey


Dated: May 5, 2015

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2015 a true and correct copy of the foregoing **CORRECTED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF BRADY CENTER TO PREVENT GUN VIOLENCE IN SUPPORT OF APPELLEE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<i>s/Edward T. Ramey</i><br>
Edward T. Ramey