**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**May 7, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant - Appellee. <br><br> ------------------------------------- <br><br> CONGRESS OF RACIAL EQUALITY, et al., <br><br> Amici Curiae. | No. 14-1290 |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Govenor of the State of Colorado, <br><br> Defendant - Appellee. <br> ------------------------------------- <br><br> CONGRESS OF RACIAL EQUALITY, et al., <br><br> Amici Curiae. | No. 14-1292 |

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

These matters are before the Court on the April 27, 2015 motion to file an amicus brief, filed by the Brady Center to Prevent Gun Violence ("Brady Center"). The motion is granted. The Brady Center's amicus brief shall be deemed filed as of the date of this order.

        Entered for the Court,

        ELISABETH A. SHUMAKER, Clerk

        by: Chris Wolpert
           Chief Deputy Clerk