UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*,<br><br>   Plaintiffs-Appellants,<br><br>vs.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado,<br><br>   Defendant-Appellee, | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, *et al.*,<br><br>   Plaintiffs-Appellants,<br><br>vs.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado,<br><br>   Defendant-Appellee. | No. 14-1292 |

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME
IN WHICH TO FILE REPLY BRIEFS**

Plaintiffs-Appellants in the above-captioned appeals hereby move this Court for a three-day extension of time, to and including May 29, 2015, in which to file their respective Reply Briefs. In support, they state as follows:

1. Pursuant to this Court's granting of a two-week extension of time, the Reply Briefs are currently due on or before May 26, 2015.

2. The consolidated Answer Brief in this case is 124 pages, which makes the drafting of Reply Briefs far more intensive and complex than in most cases.

3. In Case No. 14-1290, four sets of attorneys represent four distinct groups of Plaintiffs-Appellants. The attorneys are coordinating among themselves to produce a single Reply Brief. That coordination is ongoing, but will be made more difficult in light of the upcoming Memorial Day weekend. The attorneys will continue to coordinate their work on the Reply Brief over the weekend, with a few of them working remotely.

4. The attorneys in these two consolidated appeals (Case Nos. 14-1290 and 14-1292) are also coordinating to avoid duplicative arguments in their respective Reply Briefs. Drafts of the briefs have been exchanged, and counsel are in the process of revising the briefs to make them as efficient as possible. The coordination effort will continue through this weekend. However, in light of the current state of the drafts, the parties will not be able, in the exercise of due

diligence and giving this case highest priority, to file the Reply Briefs by the current deadline.

5. Accordingly, the Plaintiffs-Appellants in these consolidated appeals respectfully request a three-day extension of time, to and including May 29, 2015, in which to file their respective Reply Briefs.

6. Pursuant to 10th Cir. R. 27.3, undersigned counsel has conferred with counsel for Defendant-Appellee concerning this motion. Defendant-Appellee does not oppose the relief sought.

Respectfully submitted this 21st day of May, 2015.

HALE WESTFALL, LLP


s/Peter J. Krumholz
Peter J. Krumholz
1600 Stout St., Suite 500
Denver, Colorado 80202
Tel: 720-904-6010
Fax: 720-904-6020
pkrumholz@halewestfall.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of May, 2015, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEFS** was served via ECF on the following:

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| John T. Lee | jtlee@state.co.us |
| Molly Allen Moats | molly.moats@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| David B. Kopel | david@i2i.org |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

            s/Bethany Lillis
            Bethany Lillis