FILED
United States Court of Appeals
Tenth Circuit

September 28, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., | |
| Plaintiffs - Appellants, | |
| v. | Nos. 14-1290 and 14-1292 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------- | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

**ORDER**

_____

Before **HOLMES**, **McHUGH**, and **MORITZ**, Circuit Judges.

_____

This matter was argued by counsel and submitted to the court. Richard Westfall and David Kopel argued for the Appellants. Matthew Grove argued for the Appellee.

Entered for the Court

ELISABETH A. SHUMAKER
Clerk of the Court