# MOTION FOR AUDIO

United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
Denver, Colorado
Thursday, 8 October 2015

RE:   CASE 14-1290 *Colorado Outfitters, et al v. Hickenlooper*

This motion is to request the audio from the oral arguments in the *Colorado Outfitters, et al v. Hickenlooper* case which was argued before Judges Jerome A. Holmes, Carolyn B. McHugh and Nancy Moritz on Monday, 28 September 2015.

This request is for educational purposes only. If this motion is granted, I would request that the audio file be emailed to matthewsoper@gmail.com.

Thank you in advance for considering my request.

Matthew Soper
8 Oct. 2015

8841 Marshalls Road
Austin, CO 81410-8304