FILED
United States Court of Appeals
Tenth Circuit

October 19, 2015

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant - Appellee. <br><br> -------------------------------------- <br><br> CONGRESS OF RACIAL EQUALITY, et al., <br><br> Amici Curiae. | No. 14-1290 |

_____

**ORDER**
_____

Before **HOLMES**, **McHUGH**, and **MORITZ**, Circuit Judges.
_____

This matter is before the court on non-party Matthew Soper's request to release the oral argument recording for the hearing held in this appeal on September 28, 2015. Upon consideration, the motion is granted. The Clerk is directed to forward, via email,

the MP3 recording of the oral argument hearing. That recording shall be forwarded to the requesting party.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk