**CYNTHIA H. COFFMAN**
Attorney General

**DAVID C. BLAKE**
Chief Deputy Attorney General

**MELANIE J. SNYDER**
Chief of Staff

**FREDERICK R. YARGER**
Solicitor General



**STATE OF COLORADO**
**DEPARTMENT OF LAW**

**RALPH L. CARR**
**COLORADO JUDICIAL CENTER**
1300 Broadway, 6th Floor
Denver, Colorado 80203
Phone (720) 508-6000

**State Services Section**

March 7, 2016

Elisabeth Shumaker, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

RE: *Colo. Outfitters Assn. et al. v. Hickenlooper*, No. 14-1290; *Beicker, et al. v. Hickenlooper*, No. 14-1292

Dear Ms. Shumaker:

On February 8, 2016, Plaintiffs file a notice of supplemental authority citing *Kolbe v. Hogan*, No. 14-1945, slip op. (4th Cir. Feb. 4, 2016), as support for their argument that strict scrutiny should apply to Colorado's limitation on magazine capacity. The Governor filed a response on February 15, 2016.

On March 4, 2016, the Fourth Circuit Court of Appeals granted Appellees' petition for rehearing *en banc*. The panel opinion in *Kolbe* has been vacated. *En banc* arguments are set for May 11, 2016.

Sincerely,
FOR THE ATTORNEY GENERAL

*s/ Matthew D. Grove*
MATTHEW D. GROVE
Assistant Solicitor General
Public Officials Unit
State Services Section
720 508-6157
720 508-6041(FAX)
Email: matt.grove@coag.gov

cc: All counsel of record (submitted via CM/ECF)