UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> vs. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant-Appellee, | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> vs. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant-Appellee. | No. 14-1292 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE PETITION FOR REHEARING**

Plaintiffs-Appellants respectfully submit this Unopposed Motion for Extension of Time in Which to File Petition for Rehearing. In support, they state as follows:

1. A panel of this Court issued its decision in these consolidated appeals on March 22, 2016. The deadline for filing a petition for rehearing is April 8, 2016. *See* Fed. R. App. P. 26(c), 35(c), and 40(a)(1).

2. There are 74 Plaintiff-Appellants in this case, comprising five distinct groups represented by five different law firms. Coordinating strategic litigation decisions among such a large group takes significantly longer in this case than in typical appeals. Because significant time is required for Plaintiffs-Appellants to even determine whether to file a petition for rehearing, it will not be possible to file any such petition by the current deadline.

3. Accordingly, Plaintiffs-Appellants respectfully move for a 14-day extension of time, to and including April 22, 2016, in which to file a petition for rehearing. This modest extension of time will allow Plaintiffs-Appellants the necessary time to determine the next steps and, if necessary, to file a petition for rehearing.

4. Counsel for Plaintiffs-Appellants have conferred with counsel for Defendant-Appellee concerning this motion. Counsel has stated that Defendant-Appellee does not oppose this motion.

Respectfully submitted this 30th day of March, 2016.

                HALE WESTFALL, LLP

                s/Peter J. Krumholz
                Peter J. Krumholz

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2016, a true and correct copy of the foregoing pleading was served via ECF on the following:

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| David B. Kopel | david@i2i.org |
| Joseph Greenlee | josephgreenlee@gmail.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

s/Peter J. Krumholz
Peter J. Krumholz