**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  Chris Wolpert
Clerk of Court  Chief Deputy Clerk

May 02, 2016

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** **14-1290, Colorado Outfitters, et al v. Hickenlooper**
Dist/Ag docket: 1:13-CV-01300-MSK-MJW
**14-1292, Beicker, et al v. Hickenlooper**
Dist/Ag docket: 1:13-CV-01300-MSK-MJW

Dear Clerk:

Please be advised that the mandate for these cases has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Douglas Abbott
Jonathan Michael Anderson
Anna M. Barvir
Jonathan K. Baum
Peter Canfield
Gregory Andrew Castanias

Mark Thomas Ciani
Marc F. Colin
Charles Justin Cooper
Anisha Dasgupta
Parker Douglas
Anthony Fabian
Jonathan Fero
Tim Fox
Joseph Gary Samuel Greenlee
Matthew D. Grove
David Kopel
Brian S. Koukoutchos
Peter Krumholz
John T. Lee
Peter Kenneth Michael
Carl D. Michel
Molly Allen Moats
Clinton B. Monfort
LeeAnn Morrill
Dan M. Peterson
Edward Thain Ramey
Sean David Reyes
Stephanie Lindquist Scoville
Sparkle Sooknanan
Kathleen Spalding
Lawrence G. Wasden
Richard A. Westfall
Alan Wilson

EAS/sds